*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 13, 2014                518393
_____

In the Matter of ALEXANDER
    PASLEY,
                        Petitioner,

        v                                    MEMORANDUM AND JUDGMENT

ANTHONY ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                        Respondent.
_____

Calendar Date:   September 16, 2014

Before:  Peters, P.J., McCarthy, Egan Jr., Devine and Clark, JJ.

                    _____

        Alexander Pasley, Wallkill, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

                    _____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent which found petitioner
guilty of violating a prison disciplinary rule.

        Petitioner commenced this CPLR article 78 proceeding to
challenge a determination finding him guilty of violating a
prison disciplinary rule.  The Attorney General has advised this
Court that the determination at issue has been administratively
reversed, all references thereto expunged from petitioner's
institutional record and the mandatory $5 surcharge refunded to
his inmate account.  Petitioner has thus received all the relief
to which he is entitled, and this proceeding is dismissed as moot
(see Matter of Scott v Fischer, 119 AD3d 1307, 1307 [2014]).

Peters, P.J., McCarthy, Egan Jr., Devine and Clark, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court